IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


JACKSON E. BALLANCE                                                          PLAINTIFF


          v.                              CIVIL NO. 12-3104


CAROLYN W. COLVIN,[1] Commissioner
Social Security Administration                                          DEFENDANT

## J U D G M E N T

     For reasons stated in the memorandum opinion of this date, the Court hereby affirms the

decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have**

**sixty days from entry of the judgment on the docket in which to appeal.**

     IT IS SO ORDERED AND ADJUDGED this 14th day of November, 2013.


/s/ *Erin L. Setser*
   HON. ERIN L. SETSER
   UNITED STATES MAGISTRATE JUDGE

---

[1]Carolyn W. Colvin, has been appointed to serve as acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.

AO72A
(Rev. 8/82)